

Signed and Filed: August 25, 2014

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 08-3-1890 HLB |
| Joseph A. Krimple | Chapter No. 13 |
| Debtor | **ORDER TO PAY UNCLAIMED FUNDS** |

It appearing that the check(s) made payable to CLC Consumer Services, in the amount of $639.67 was not cashed within the 90 day limit and an unclaimed money report was entered on 02/06/2014 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that PNC Bank, National Association dba CLC Consumer Services now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $639.67, to:

CLC Consumer Services
Attn: David L. Zive
1600 Market Street, 28th Floor
Philadelphia, PA 19103

**End of Order**
**No Service List Requested**